IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KEVIN L. HINES, )
)
Plaintiff, )
)
v. )  Civil Action. No. 22-193-VAC
)
TED, et al., )
)
Defendants. )

**MEMORANDUM ORDER**

At Wilmington, this 29th day of July, 2022,

IT IS ORDERED, as follows:

1. Plaintiff Kevin L. Hines, an inmate at Sussex Correctional Institution, in Georgetown, Delaware, appears *pro se* and has paid the filing fee. (D.I. 1) Plaintiff filed a letter/motion asking for a service order and for issuance of subpoenas directed to Defendants. (D.I. 12)

2. A service order was entered on June 22, 2022. Therefore, that portion of the letter/motion is DENIED as moot.

3. Plaintiff's request for issuance of subpoenas directed to Defendants is DENIED. A scheduling discovery order has not yet been entered. Moreover, discovery of parties is controlled by the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 30, 31, 33, 34. Subpoenas are not required when seeking discovery from a party.

_____
Chief Judge